UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORENZO HERNANDEZ
and JOHN DOE,
*on behalf of themselves and
FLSA Collective Plaintiffs,*

Plaintiffs,

v.

LECHONERA EL SAZON CRIOLLLO CORP.,
FELICIANO ORTIZ, ELIZABETH COLON,
and FLOR COLON,

Defendants.

Case No.: 17-cv-2498

**NOTICE OF MOTION FOR
DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE** that upon the Affidavit of Taimur Alamgir, and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff LORENZO HERNANDEZ, hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff HERNANDEZ and against Defendants, LECHONERA EL SAZON CRIOLLO CORP. (sued herein as LECHONERA EL SAZON CRIOLLLO CORP., FELICIANO ORTIZ, ELIZABETH COLON and FLOR COLON, jointly and severally, together with such other relief as the Court deems just and proper.

Pursuant to Local Rule 55.2(b), attached to the Affidavit of Taimur Alamgir are, *inter alia*, copies of the Complaint, Plaintiff's Damage Calculations and a proposed Default Judgment.

Dated: New York, New York
       December 28, 2017

                                                                    */s/ Taimur Alamgir*
                                          Taimur Alamgir (TA 9007)
                                          Lee Litigation Group, PLLC
                                          30 East 39th Street, Second Floor
                                          New York, New York 10016
                                          Tel: (212) 465-1124
                                          Fax: (212) 465-1181
                                          Email: taimur@leelitigation.com
                                          *Attorneys for Plaintiffs*

To:     Lechonera El Sazon Criollo Corp.
           c/o Lechonera El Sazon Criollo
           682-A Castle Hill Avenue
           Bronx, NY 10473

           Feliciano Ortiz
           c/o Lechonera El Sazon Criollo
           682-A Castle Hill Avenue
           Bronx, NY 10473

           Elizabeth Colon
           c/o Lechonera El Sazon Criollo
           682-A Castle Hill Avenue
           Bronx, NY 10473

           Flor Colon
           c/o Lechonera El Sazon Criollo
           682-A Castle Hill Avenue
           Bronx, NY 10473